**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Lisa Jawn W. and Nathan Miles D., Sr., Defendants,

Of whom Lisa Jawn W. is the Appellant,

In the interest of a minor child under the age of eighteen.

Appellate Case No. 2012-213063

———————————

Appeal From Pickens County
W. Marsh Robertson, Family Court Judge

———————————

Unpublished Opinion No. 2013-UP-270
Submitted June 7, 2013 – Filed June 14, 2013

———————————

**AFFIRMED**

———————————

James Edward Sterling, of Smith, Jordan, Lavery & Lee,
P.A., of Greenville, for Appellant.

Patti Beverly Brady, of the South Carolina Department of
Social Services, of Pickens, for Respondent.

Steven Luther Alexander, of the Alexander Law Firm, of Pickens, for Guardian ad Litem.

---

**PER CURIAM:**  Lisa Jawn W. appeals the family court's final order terminating her parental rights to her minor child.  *See* S.C. Code Ann. § 63-7-2570 (2010 & Supp. 2012).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues that warrant briefing.  Accordingly, we affirm the family court's ruling.

**AFFIRMED.**[1]

**SHORT, THOMAS, and PIEPER, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.